928

No. 75–259. GARDNER ET AL. *v.* NASHVILLE HOUSING AUTHORITY OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–286. MARSHALL FOODS, INC. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–287. DIAMOND *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–303. IN RE BOSSOV. Sup Ct. Ill. Certiorari denied.

No. 75–318. SHANAHAN ET AL. *v.* NEW JERSEY STATE BOARD OF EDUCATION ET AL. Super. Ct. N. J. Certiorari denied.

No. 75–323. IN RE BERRY. C. A. 10th Cir. Certiorari denied.

No. 75–330. SATOSKAR *v.* INDIANA REAL ESTATE COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–332. FIRST CALIFORNIA CO. ET AL. *v.* NEWMAN. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–337. COPELAND *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF LAKE COUNTY ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–344. SMITHEAL *v.* SMITHEAL. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Certiorari denied.